UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RACHEL WILLIAMS, pro se

Plaintiff(s),

v.

QUICKEN LOANS

Case: 2:16-cv-11496
Judge: Lawson, David M.
MJ: Patti, Anthony P.
Filed: 04-26-2016 At 03:36 PM
CMP WILLIAMS V. QUICKEN LOANS (DA)

Defendant(s).
_____/

## COMPLAINT

I. Defendant(s). Print the full name for each defendant. If there are more defendants, use additional pages to provide their names.

**Name of Defendant(s)**

1. QUICKEN LOANS
2. 
3. 
4. 
5. 

II. Statement of claim. Briefly state the facts of your case. Describe how each defendant is involved, and exactly what each defendant did, or failed to do. Include names of any other persons involved, dates, and places. You may use additional paper if necessary.

ON OR ABOUT DECEMBER 2014 plaintiff phoned QUICKEN LOANS Recruiter/Representative TO FOLLOW-UP ON A JOB plaintiff WAS being Considered for. AFTER plaintiff GAVE HER NAME QUICKEN loans Recruiter Quickly transferred plaintiff to Another Quicken loans/Recruiter/representative who TOLD

Plaintiff that She was not Allowed to work for Quicken loans. Plaintiff Also Applied For Subsequent Jobs and was Denied opportunties For Interviews or Job offers. Plaintiff Contends that Her name has been "Black listed" by Quicken loans because plaintiff filed previous Discrimination/RACE Retaliation Complaints against Quicken loans Subsidary, representative, associated or Affilated Companies. which is in violation of title VII Of the Civil Rights Act of 1964, As Amended.

Jury Trail

III.   Relief.   Briefly state exactly what you want the court to do for you.

Plaintiff prays that this Court Grant Such Relief As AN injunction order, Monetary and punitive Damages and attorney/court costs if incurred. if Relief is not Granted Plaintiff Will be Irreparably denied Rights Secured by Title VII of the Civil Rights Act of 1964 and the Elliot-larsen Civil Rights Act.

IV. <u>Additional Information</u>. – Briefly enter any additional information, you may use additional paper.

THE Michigan Department of Civil Rights Complaint Case # 461536 WAS DUAL FILED WITH The Equal Employment Opportnty Commission Case # R23A-2015-00557C THIS Honorable Court HAS Jurisdiction TO Hear FACTS of THE Case. Original Complaint AND RIGHT TO SUE letter IS ATTACHED.

V. <u>Demand for Jury Trial</u>. Check this box if you want your case to be decided by a jury, instead of a judge.

[X] Plaintiff demands a jury trial on all issues.

Dated: 4-26-16

_Rachel Williams_
Plaintiff's Signature

RACHEL WILLIAMS
Plaintiff's Printed Name

P.O. BOX 361233
Street Address

GROSSE Pointe MI 48236
City, State, Zip Code

313-404-9954
Telephone Number

WILLIAMS.RACHEL56@yahoo.com
E-mail Address

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

**COMPLAINT/CHARGE NUMBER**
MDCR # 461536
EEOC #

**MICHIGAN DEPARTMENT OF CIVIL RIGHTS and THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Ms. Rachel Williams | (313) 404-9954 |

STREET ADDRESS, CITY, STATE AND ZIPCODE
12383 Santa Rosa Lower, Detroit, MI 48204

Named is the employer, labor organization, employment agency, apprenticeship committee, state or local government agency who discriminated against me.

| NAME | # EMPL/MEMBERS | TELEPHONE NO. (Include Area Code) |
|---|---|---|
| Quicken Loans | 100 | (734) 805-5000 |

STREET ADDRESS, CITY, STATE AND ZIPCODE
1050 Woodward Avenue, Detroit, MI 48226

| CAUSE OF DISCRIMINATION BASED ON | DATE OF MOST RECENT OR CONTINUING DISCRIMINATION |
|---|---|
| Retaliation | December 11, 2014 |

I am a person who engaged in a protected activity and I believe I was denied hire on December 11, 2014, in retaliation for previous civil rights complaints ( MDCR #442255, #442606, #445679).

I sent my resume to a recruiter of the respondent in October 2014.

**Failure to hire/rehire**     12/11/2014     Retaliation

On or around December 11, 2014, I contacted the respondent's recruiter to check the status of my application. After providing my name to the respondent's recruiter, I was told that I can not work for the respondent. I was then transferred to a recruiter for Aerotek Inc.. I was then told by the Aerotek recruiter that I could not work for Quicken Loans. I applied directly to a Quicken Loans recruiter. I believe I am being "blacklisted" from receiving a position with the respondent, because I engaged in a protected activity.

This complaint is based on the following law:
Elliott-Larsen Civil Rights Act No 453, Public Act of 1976, as amended
Title VII, US Civil Rights Act of 1964, as amended

KARYN GRIFFIN
Notary Public - Michigan
Wayne County
My Commission Expires Jun 13, 2020
Acting in the County of Wayne

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

Date 3-5-2015 Signature of Charging Party / Claimant

NOTARY (When necessary to meet State and Local Requirements)
3/5/2015
SUBSCRIBED AND SWORN BEFORE ME THIS DATE (Day, month and year)

Commissioned in Wayne County
Acting in Wayne County
Commission expires June 13, 2020

EEOC FORM 5/ CR406 (Rev 04-05)     PREVIOUS VERSIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Rachel Williams<br>P. O. Box 361233<br>Grosse Pointe, MI 48236 | From: | Detroit Field Office<br>477 Michigan Avenue<br>Room 865<br>Detroit, MI 48226 |
|---|---|---|---|

☐    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 23A-2015-00557 | Antoinette Coburn,<br>Investigator | (313) 226-4637 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*     2/2/16

Enclosures(s)     **Webster N. Smith,**<br>**District Director**     *(Date Mailed)*

cc:
    HUMAN RESOURCES MANAGER<br>
    QUICKEN LOANS<br>
    1050 Woodward Avenue<br>
    Detroit, MI 48226

| THIS NOTIFICATION IS ISSUED UNDER THE AUTHORITY OF ACTS 220 & 453, PA OF 1976 AS AMENDED | STATE OF MICHIGAN<br>DEPARTMENT OF CIVIL RIGHTS | CADILLAC PLACE, SUITE 3-600<br>3054 WEST GRAND BOULEVARD<br>DETROIT, MI, 48202 |
|---|---|---|

## NOTICE OF DISPOSITION AND ORDER OF DISMISSAL

EEOC #: R 23A-2015-00557C                                    MDCR #: 461536

**Claimant:**
Rachel Williams
P.O. Box 361233
Grosse Pointe, MI 48236

**Respondent:**
Quicken Loans
1050 Woodward Avenue
Detroit, MI 48226

**REASON FOR DISMISSAL:**

This complaint alleges that the respondent discriminated against the claimant in violation of civil rights laws.

The investigation of this complaint included a review of all information obtained during the investigation. Based upon all the evidence in the file, e.g. any applicable statements of witnesses, analysis of comparatives and review of documents, the department determined that there is insufficient evidence to proceed.

It is therefore ordered that this complaint is dismissed.

Date Dismissed: November 24, 2015            Date Mailed: 12/3/2015

/s/ Lori Vinson/Director, Civil Rights Operations

**RULES OF CIVIL RIGHTS COMMISSION AND DEPARTMENT RELATING TO RECONSIDERATION AND APPEAL**

Rule 7.(1) *A claimant may request of the department a reconsideration of its refusal to issue a charge. The request shall be in writing, state specifically, the grounds upon which it is based, and be filed within 30 days after the date of mailing of the notice of disposition of which reconsideration is requested. It shall be filed at any office of the department by personal delivery or by mail.*

(2) *The department may authorize a hearing on the request for reconsideration at such time and place, and before such hearing commissioner or commissioners or hearing referee or referees as it or the director may detemine, and notice thereof shall be given to all parties to the proceedings.*

Rule 18. *Any party claiming to be aggrieved by a final order of the commission or the department, including without limitation a refusal to issue a charge, may appeal to the circuit court of the State of Michigan having jurisdiction provided by law within 30 days of the date of service of an appealable order.*

Note: To Secure a review by the U.S. Equal Employment Opportunity Commission of this dismissal, you must request a review in writing within 15 days of your receipt of this notice. Send your request to: EEOC Detroit District Office, 477 Michigan Ave., Suite 1540, Detroit, MI 48226.

CR462-OD (Rev 12-14)                                                                                                          Page 1 of 1

# CIVIL COVER SHEET

County in which action arose **Wayne**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
**Rachel Williams**

(b) County of Residence of First Listed Plaintiff: **Wayne**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**P.O. Box 361233
Grosse Pointe MI 48236**

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
**Quicken Loans**

County of Residence of First Listed Defendant: **Wayne**
*(IN U.S. PLAINTIFF CASES ONLY)*

Case: 2:16-cv-11496
Judge: Lawson, David M.
MJ: Patti, Anthony P.
Filed: 04-26-2016 At 03:36 PM
CMP WILLIAMS V. QUICKEN LOANS (DA)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

(form fields – none marked)

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CIVIL RIGHTS:** ☒ 442 Employment

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing: **Title VII U.S. Civil Rights Act of 1964 - As Amended - Elliott Larsen Civil Rights Act**

Brief description of cause: **Employment Retaliation for Filing Previous Complaints Based on Race**

## VII. REQUESTED IN COMPLAINT:
DEMAND $ **30,000.00 Plus Punitive Damages**
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

DATE: **4-26-16**
SIGNATURE OF ATTORNEY OF RECORD: *Rachel Williams*

**FOR OFFICE USE ONLY**
RECEIPT #      AMOUNT      APPLYING IFP      JUDGE      MAG. JUDGE

Is this a case that has been previously dismissed? ☐ Yes ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

# New Lawsuit Check List

Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

[✓] Two (2) completed **Civil Cover Sheets.**

[ ] Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

__1__ + 2 = __3__ **Complaints.**
# of Defendants    Total

Received by Clerk: _____ Addresses are complete: _____

Case: 2:16-cv-11496
Judge: Lawson, David M.
MJ: Patti, Anthony P.
Filed: 04-26-2016 At 03:36 PM
CMP WILLIAMS V. QUICKEN LOANS (DA)

[ ] If any of your defendants are **government agencies**:
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

| If Paying The Filing Fee: | If Asking That The Filing Fee Be Waived: |
|---|---|
| [ ] Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>**Clerk, U.S. District Court**<br><br>Received by Clerk: _____ Receipt #: _____ | [✓] Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br><br><br>Received by Clerk: _____ |

**Select the Method of Service you will employ to notify your defendants:**

| Service via Summons by Self | Service by U.S. Marshal (Only available if fee is waived) | Service via Waiver of Summons (U.S. Government cannot be a defendant) |
|---|---|---|
| [ ] Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br><br><br><br><br>Received by Clerk: _____ | [✓] Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>[✓] Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>Received by Clerk: _____ | [ ] You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

**Clerk's Office Use Only**

Note any deficiencies here:


Rev. 4/13