UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHEL WILLIAMS,

       Plaintiff,                              Case No. 2:16-cv-11496
                                            District Judge David M. Lawson
v.                                            Magistrate Judge Anthony P. Patti

QUICKEN LOANS,

       Defendant.
_____/

## **<u>ORDER ADJOURNING THE MAY 19, 2017 FINAL PRETRIAL CONFERENCE AND REQUIRING PLAINTIFF'S CONTACT INFORMATION</u>**

On February 28, 2017, this matter was set for a Final Pretrial Conference to occur on May 19, 2017. (DE 32.) In the interim, Defendant filed a motion for summary judgment, which was fully briefed on April 25, 2017. The Court will therefore adjourn the scheduled Final Pretrial Conference pending the resolution of the motion for summary judgment. If summary judgment is denied, the Court will issue a new date for the conference.

In addition, Plaintiff has provided her phone number and email address in her papers, but has not included that contact information on the docket. Plaintiff is **ORDERED** to provide the Court with her phone number and email address, in writing, for entry on the docket.

**IT IS SO ORDERED**

Dated: May 18, 2017                     s/Anthony P. Patti
                                        ANTHONY P. PATTI
                                        UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 18, 2017, electronically and/or by U.S. Mail.

                                        s/Michael Williams
                                        Case Manager for the
                                        Honorable Anthony P. Patti